THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES SIGWALT, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC. and RING LLC,

Defendants.

Case No. 2:26-cv-01887-KKE

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE**

NOTE ON MOTION CALENDAR:
July 1, 2026

## STIPULATED MOTION

Defendants Amazon.com, Inc. and Ring LLC, and Plaintiff Charles Sigwalt, through their respective counsel, respectfully stipulate and move to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint, and to set a briefing schedule in the event that Defendants file a motion to dismiss.

On June 1, 2026, Plaintiff filed a Class Action Complaint (Dkt. No. 1). The Parties have agreed to extend the deadline for Amazon and Ring to answer or otherwise respond to Plaintiff's Complaint to August 21, 2026.

STIPULATION AND ORDER
TO EXTEND DEADLINE - 1
(Case No. 2:26-cv-01887-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

In the event that Defendants file a motion to dismiss the Complaint, given the number of claims and issues in the case, the Parties agree that additional time is warranted for the responsive briefing.  The Parties propose, and respectfully ask the Court to enter, the following schedule:

| Event | Deadline |
|---|---|
| Defendants' deadline to answer or otherwise respond to the Complaint | August 21, 2026 |
| Plaintiff's deadline to file a response if Defendants file a responsive motion | October 5, 2026 |
| Defendants' deadline to file a reply in support of a responsive motion | November 2, 2026 |

This request is made in good faith and not for purposes of delay.  The above deadlines have not been previously extended.  This stipulation and order are not an admission of any factual allegations or legal conclusions, and do not operate as a waiver of or otherwise affect any right, defense, claim, or objection.

SO STIPULATED this 1st day of July, 2026.

By: *s/ Lori G. Feldman*
Lori G. Feldman, WSBA #29096
David L. Hecht (*pro hac vice forthcoming*)
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Email: lfeldman@hechtpartners.com
        dhecht@hechtpartners.com

Rebecca Anne Peterson (*pro hac vice*)
HECHT PARTNERS LLP
1650 W. 82nd Street, Ste. 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Email: rpeterson@hechtpartners.com

By: *s/ Brian D. Buckley*
Brian D. Buckley, WSBA #26423
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: brian.buckley@morganlewis.com

*Attorney for Defendants Amazon.com, Inc. and Ring LLC*

STIPULATION AND ORDER
TO EXTEND DEADLINE - 2
(Case No. 2:26-cv-01887-KKE)

Steve W. Berman, WSBA #12536
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Email: steve@hbsslaw.com
       dank@hbsslaw.com
       whitneys@hbsslaw.com

Lina Kaisey (*pro hac vice*)
KAISEY LAW P.C.
100 Wilshire Boulevard, Suite700
Santa Monica, CA 90403
Phone: (858) 774-0819
Email: lina@kaiseylaw.com

Blake H. Yagman (*pro hac vice*)
YAGMAN PLLC
RXR Plaza
626 Rexcorp Plaza
Uniondale, NY 11556
Phone: (929) 709-1493
Email: blake.yagman@yagmanpllc.com

*Attorneys for Plaintiff Charles Sigwalt and the
Proposed Classes and Subclasses*

STIPULATION AND ORDER
TO EXTEND DEADLINE - 3
(Case No. 2:26-cv-01887-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

## <u>ORDER</u>

**IT IS SO ORDERED**.

Dated this 2nd day of July, 2026.

_____
Kymberly K. Evanson
United States District Judge

*Presented by:*

By: *s/ Lori G. Feldman*
Lori G. Feldman, WSBA #29096
David L. Hecht (*pro hac vice forthcoming*)
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Email: lfeldman@hechtpartners.com
      dhecht@hechtpartners.com

Rebecca Anne Peterson (*pro hac vice*)
HECHT PARTNERS LLP
1650 W. 82nd Street, Ste. 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Email: rpeterson@hechtpartners.com

Steve W. Berman, WSBA #12536
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Email: steve@hbsslaw.com
      dank@hbsslaw.com
      whitneys@hbsslaw.com

Lina Kaisey (*pro hac vice*)
KAISEY LAW P.C.

By: *s/ Brian D. Buckley*
Brian D. Buckley, WSBA #26423
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: brian.buckley@morganlewis.com

*Attorney for Defendants Amazon.com, Inc. and Ring LLC*

STIPULATION AND ORDER
TO EXTEND DEADLINE - 4
(Case No. 2:26-cv-01887-KKE)

100 Wilshire Boulevard, Suite700
Santa Monica, CA 90403
Phone: (858) 774-0819
Email: lina@kaiseylaw.com

Blake H. Yagman (*pro hac vice*)
YAGMAN PLLC
RXR Plaza
626 Rexcorp Plaza
Uniondale, NY 11556
Phone: (929) 709-1493
Email: blake.yagman@yagmanpllc.com

*Attorneys for Plaintiff Charles Sigwalt and the
Proposed Classes and Subclasses*

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401