THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES SIGWALT, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC. and RING LLC,

Defendants.

Case No. 2:26-cv-01887-KKE

**STIPULATED MOTION AND ORDER TO STAY INITIAL CASE DEADLINES**

NOTE ON MOTION CALENDAR:
July 13, 2026

**STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(j), the Parties stipulate, and respectfully and jointly move the Court for an order, to stay all initial case deadlines until after the Court has ruled on Defendants' forthcoming motion to dismiss, which Defendants intend to file on or before August 21, 2026. The Parties move to stay all deadlines referenced in or triggered by the Court's "Order Regarding Initial Disclosures, Chambers Procedures, Joint Status Report, and Early Settlement" (Dkt. No. 21) ("Initial Scheduling Order"), including but not limited to the deadlines for the Rule 26(f) conference, initial disclosures, submission of a discovery plan, and service of written discovery.

STIPULATED MOTION AND ORDER
TO STAY INITIAL CASE DEADLINES - 1
(Case No. 2:26-cv-01887-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

The Parties submit that a stay of initial case deadlines will promote judicial and litigant economy by avoiding potentially unnecessary discovery, case-management efforts, and motion practice while Defendants challenge Plaintiff's complaint.  This request is made in good faith and not for the purposes of delay, and the Parties have not previously requested a stay or extension of these deadlines.

Notwithstanding the Parties stipulation to stay initial case deadlines, while Defendants' motion to dismiss is pending, the Parties will proceed in good faith to negotiate an ESI Protocol (including determining custodians and search terms) and a Stipulated Protective Order for the Court's consideration and approval.

**SO STIPULATED** this 13th day of July, 2026.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Steve W. Berman (w/permission)*
Steve W. Berman, WSBA #12536
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Phone: (708) 628-4949
Email: steve@hbsslaw.com
        dank@hbsslaw.com
        whitneys@hbsslaw.com

Lori G. Feldman, WSBA #29096
David L. Hecht (*pro hac vice forthcoming*)
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Email: lfeldman@hechtpartners.com
        dhecht@hechtpartners.com

Rebecca Anne Peterson (*pro hac vice*)
HECHT PARTNERS LLP
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
Phone: (612) 778-9595
Email: rpeterson@hechtpartners.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Brian D. Buckley*
Brian D. Buckley, WSBA #26423
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: brian.buckley@morganlewis.com

Elizabeth B. Herrington (*pro hac vice*)
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
Phone: (312) 324-1000
Email: beth.herrington@morganlewis.com

*Attorney for Defendants Amazon.com, Inc. and Ring LLC*

STIPULATED MOTION AND ORDER
TO STAY INITIAL CASE DEADLINES - 2
(Case No. 2:26-cv-01887-KKE)

Lina Kaisey (*pro hac vice*)
KAISEY LAW P.C.
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90403
Phone: (858) 774-0819
Email: lina@kaiseylaw.com

Blake H. Yagman (*pro hac vice*)
YAGMAN PLLC
626 Rexcorp Plaza
Uniondale, NY 11556
Phone: (929) 709-1493
Email: blake.yagman@yagmanpllc.com

*Attorneys for Plaintiff Charles Sigwalt and
the Proposed Classes and Subclasses*

STIPULATED MOTION AND ORDER
TO STAY INITIAL CASE DEADLINES - 3
(Case No. 2:26-cv-01887-KKE)

## ORDER

IT IS SO ORDERED. Pursuant to the Parties' stipulation, all initial case deadlines set or triggered by the Court's Initial Scheduling Order are stayed pending the Court's resolution of Defendants' forthcoming motion to dismiss Plaintiff's complaint.

Dated this 13th day of July, 2026.

_Kymberly K Evanson_
_____
Kymberly K. Evanson
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Brian D. Buckley*
_____
Brian D. Buckley, WSBA #26423
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: brian.buckley@morganlewis.com

Elizabeth B. Herrington (*pro hac vice*)
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
Phone: (312) 324-1000
Email: beth.herrington@morganlewis.com

*Attorney for Defendants Amazon.com, Inc. and Ring LLC*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Steve W. Berman (w/permission)*
_____
Steve W. Berman, WSBA #12536
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Phone: (708) 628-4949
Email: steve@hbsslaw.com

STIPULATED MOTION AND ORDER
TO STAY INITIAL CASE DEADLINES - 4
(Case No. 2:26-cv-01887-KKE)

dank@hbsslaw.com
whitneys@hbsslaw.com
Lori G. Feldman, WSBA #29096
David L. Hecht (*pro hac vice forthcoming*)
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
Email: lfeldman@hechtpartners.com
        dhecht@hechtpartners.com

Rebecca Anne Peterson (*pro hac vice*)
HECHT PARTNERS LLP
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
Phone: (612) 778-9595
Email: rpeterson@hechtpartners.com

Lina Kaisey (*pro hac vice*)
KAISEY LAW P.C.
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90403
Phone: (858) 774-0819
Email: lina@kaiseylaw.com

Blake H. Yagman (*pro hac vice*)
YAGMAN PLLC
626 Rexcorp Plaza
Uniondale, NY 11556
Phone: (929) 709-1493
Email: blake.yagman@yagmanpllc.com

*Attorneys for Plaintiff Charles Sigwalt and
the Proposed Classes and Subclasses*

STIPULATED MOTION AND ORDER
TO STAY INITIAL CASE DEADLINES - 5
(Case No. 2:26-cv-01887-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401