UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES SIGWALT,

Plaintiff(s),

v.

AMAZON.COM INC, et al.,

Defendant(s).

CASE NO. C26-1887-KKE

**ORDER EXTENDING DEADLINE TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**

**STIPULATED MOTION**

The Parties, through their respective counsel, respectfully stipulate and move to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint, and to set a briefing schedule in the event that Defendants file a motion to dismiss.

On June 8, 2026, Plaintiffs filed a First Amended Class Action Complaint (Dkt. No. 9). The Parties have agreed to extend the deadline for Amazon and Ring to answer or otherwise respond to Plaintiff's Amended Complaint to September 21, 2026.

In the event that Defendants file a motion to dismiss the Amended Complaint, given the number of claims and issues in the case, the Parties agree that additional time is warranted for the responsive briefing. The Parties propose, and respectfully ask the Court to enter, the following schedule:

| Event | Deadline |
|---|---|
| Defendants' deadline to answer or otherwise respond to the Amended Complaint | September 21, 2026 |
| Plaintiff's deadline to file an opposition if Defendants file a responsive motion | October 30, 2026 |
| Defendants' deadline to file a reply in support of a responsive motion | November 30, 2026 |

This request is made in good faith and not for purposes of delay. The above deadlines have been previously extended once (Dkt. No. 24). This stipulation and order are not an admission of any factual allegations or legal conclusions, and do not operate as a waiver of or otherwise affect any right, defense, claim, or objection.

SO STIPULATED this 21st day of August, 2026.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Steve Berman*
Steve W. Berman (SBN 12536)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes and Subclasses*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Brian Buckley*
Brian D. Buckley, WSBA #26423
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: brian.buckley@morganlewis.com

*Counsel for Defendants Amazon.com, Inc. and Ring LLC*

**ORDER**

**IT IS SO ORDERED**. The Court VACATES the prior schedule (Dkt. No. 24).

Dated this 24th day of August, 2026.



Kymberly K. Evanson
United States District Judge

*Presented by:*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Steve Berman*
Steve W. Berman (SBN 12536)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes and Subclasses*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Brian Buckley*
Brian D. Buckley, WSBA #26423
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: brian.buckley@morganlewis.com

*Counsel for Defendants Amazon.com, Inc. and Ring LLC*